### DAVIS v. DAVIS et.

Ohio Appeals, Second District, Madison County.

No. 170. Decided December 31, 1949.

Gale R. King, Columbus, for plaintiff and for the motion.

Binns & Tresemer, Columbus, H. H. Crabbe, London, for defendants-appellants, contra the motion.

**OPINION**

By THE COURT:

The motion of the plaintiff to dissolve the injunction heretofore granted in this court will be sustained, but not on the ground that one member of the Court may not enter a restraining order. Sec. 11877 GC. The order was made on the application of the guardian, defendant-appellant and the guardianship has been raised, so we understand.

MILLER, PJ, HORNBECK and WISEMAN, JJ, concur.